1     **ROGER T. NUTTALL, #42500**
         **NUTTALL & COLEMAN**

2       2445 CAPITOL STREET, SUITE 150
          FRESNO, CA 93721

3       PHONE (559) 233-2900
          FAX (559) 485-3852

4

5    ATTORNEYS FOR  Defendant,
          ARMITDEEP MANN

6

7

8           **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10             * * * * * * * *

11   UNITED STATES OF AMERICA,     |  Case No.: 1:12-CR-340 AWI-BAM

12       Plaintiff,            |  **AMENDED STIPULATION TO**
                              |  **CONTINUE STATUS CONFERENCE**

13       vs.                  |  **AND ORDER THERON**

14   ARMITDEEP MANN,            |

15       Defendant.            |

16

17      **IT IS HEREBY STIPULATED** by and between the parties hereto that the Status

18  Conference currently scheduled for January 28, 2013, at 1:00 p.m. be continued to **February 25,**

19  **2013, at 1:00 p.m.** before the Honorable Barbara A. McAuliffe.

20      We are currently in the process of ongoing lengthy investigation.

21      Accordingly, counsel respectfully requests that the Status Conference relative to Armitdeep

22  Mann, Majnot Nanner, and Vincent Rivas-Felix be continued to February 25, 2013, at 1:00 p.m.

23      The parties agree that time can be excluded under the Speedy Trial Act from January 28,

24  2013, to, and including, February 28, 2013, based upon the counsel's need to adequately prepare and

25  review all discovery in this case and that the ends of justice outweigh the public's and defendant's

26  interest in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

27      Under the circumstances set forth herein, it is respectfully suggested that good cause does

28  exist for a continuance to the hereinabove noted date.  Counsel's office has communicated with

Assistant U.S. Attorney, Kevin Rooney, Attorney Tony Capozzi and Assistant Federal Defender Marc Days who have expressed no objection to the instant request.

DATED: January 23, 2013.

NUTTALL & COLEMAN

BY:   /s/ Roger T. Nuttall
ROGER T. NUTTALL
Attorneys for Defendant
ARMITDEEP MANN

DATED: January 23, 2013.

LAW OFFICES OF ANTHONY P. CAPOZZI

BY:   /s/ Anthony P. Capozzi
ANTHONY P. CAPOZZI
Attorneys for Defendant
MANJOT NANNER

DATED: January 23, 2013.

OFFICE OF THE FEDERAL DEFENDER

BY:   /s/ Marc Days
MARC DAYS
Attorneys for Defendant
VINCENT RIVAS-FELIX

DATED: January 23, 2013.

OFFICE OF THE UNITED STATES ATTORNEY

BY:   /s/ Kevin P. Rooney
Assistant U.S. Attorney

# **O R D E R**

For reasons set forth above, the continuance requested by the parties is granted for good cause and time is excluded under the Speedy Trial Act from January 28, 2013, to, and including, February 25, 2013, based upon the Court's finding that the ends of justice outweigh the public's and defendant's interest in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

**IT IS ORDERED** that the Status Conference currently scheduled on January 28, 2013, at 1:00 p.m. is continued to **February 25, 2013, at 1:00 p.m.**

IT IS SO ORDERED.

**Dated:**  **January 24, 2013**         /s/ **Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE