| 1  | BENJAMIN B. WAGNER |
|    | United States Attorney |
| 2  | KEVIN P. ROONEY |
|    | Assistant United States Attorney |
| 3  | 2500 Tulare Street, Suite 4401 |
|    | Fresno, CA 93721 |
| 4  | Telephone: (559) 497-4000 |
|    | Facsimile: (559) 497-4099 |
| 5  | |
| 6  | Attorneys for Plaintiff |
|    | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-340 AWI BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR RECONSIDERATION OF MAGISTRATE'S RULING AND ORDER THEREON |
| v. | |
| VINCENT RIVAZ-FELIX, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the defendant Vincent Rivaz-Felix and the United States, through their respective attorney(s) of record, that Motion for Reconsideration currently set for May 20, 2013, may be continued to June 10, 2013.

This request is being made due to a scheduling conflict and sets the motion on the same date previously set for a status conference.

///

///

///

///

///

///

Stipulation to Continue
Motion for Reconsideration

1

| | |
|---|---|
| 1 | The parties agree that pursuant to 18 U.S.C. sec 3161(h)(1)(D) and (h) (7) (A) time shall be shall |
| 2 | be excluded from May 20 through and including June 10, 2013, due to the pending motion and in the |
| 3 | interest of justice. |

Dated: May 14, 2013  BENJAMIN B. WAGNER
United States Attorney

 /s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant United States Attorney

Dated: May 14, 2013  /s/ Marc Days
MARC DAYS
Attorney for Defendant, VINCENT RIVAZ-FELIX

1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN P. ROONEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-340 AWI BAM |
|---|---|
| Plaintiff, | ORDER CONTINUING HEARING DATE AND EXCLUDING TIME |
| v. | FOR DEFENDANT'S MOTION FOR RECONSIDERATION OF MAGISTRATE'S RULING |
| VINCENT RIVAZ-FELIX, | |
| Defendant. | |

   IT IS SO ORDERED. Time is excluded due to the pending motion and in the interests of justice from May 20, 2013, through and including June 10, 2013. The hearing shall be held on June 10, 2013 at 10:00 a.m. in courtroom #2.

IT IS SO ORDERED.

Dated: May 14, 2013

_____
SENIOR DISTRICT JUDGE